**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:  
Hargrove, Jodi Leslie  
Debtor(s)  
_____/

CHAPTER 7

CASE NO.: 8:15-bk-11388-MGW

**REPORT AND NOTICE OF INTENT TO SELL PROPERTY OF THE**
**ESTATE AND NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

To:  Creditors, Debtors and Parties in Interest

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this Motion, objection, or other matter without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of service attached to this paper plus an additional three days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Suite 555, Tampa, Florida 33602-3899, and serve a copy on the movant's attorney, Nicole M. Cameron, Esquire, 235 Apollo Beach Blvd., #231, Apollo Beach, Florida 33572 and any other appropriate persons within the time allowed.**

**If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

NICOLE M. CAMERON, the Trustee duly appointed and acting for the above captioned estate reports that she intends to sell on or after 21 days from the date of service, the following property of the estate of the Debtor(s), under the terms and conditions set forth below.

1. Description of Property:   Non-exempt equity for a2007 ford Edge, Midflorida checking and savings accounts, household goods, full size trundle bed, dresser and mirror, night stand, books and pictures, jewelry, clothing, fishing poles and sports equipment.

2. Manner of Sale:   Private

3. Terms of Sale:   One lump sum Payment in the amount of $2,500 due on January 31, 2016, which has already been received.

|  |  |
|---|---|
| To: | Jodi Leslie Hargrove<br>1505 LAKEWOOD RD<br>LAKELAND, FL  33805 |

4. Sale Price:                      $2,500.00

5. <u>Subject to all liens and encumbrances as indicated on schedules, and any unknown liens, including IRS lien and delinquent taxes.</u>  This property is being sold "As, Is, where Is" with no warranties of any kind. The Trustee makes no representation or warranty of no liens.

6. In the case of private sales, the Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) which the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on 21 days from the date of service.  The Trustee will only accept higher bids in increments of $500.00. If more than one bid has been received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange the auction, after said twenty one (21) days.

**NOTICE IS HEREBY GIVEN** that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

### **TRUSTEE'S NOTICE OF INTENT TO ABANDON PROPERTY OF THE ESTATE**

Nicole M. Cameron, Trustee, hereby notices the Court and creditors of her intent to abandon property of the estate as follows:

a. Single family home at 1505 Lakewood Rd., Lakeland, FL 33805
b. 2004 Toyota Tacoma

WHEREFORE, the Trustee has determined that abandonment of the collateral is in the best interest of the Debtor(s), their creditors and the Estate.

**NOTICE IS HEREBY GIVEN** that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.

Dated: January 25, 2016      /s/ Nicole M. Cameron
NICOLE M. CAMERON, TRUSTEE
235 APOLLO BEACH BLVD., #231
APOLLO BEACH, FL 33572
(813) 645-8787
trustee@tampabay.rr.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Trustee's Report and Notice of Intent to Sell and Notice of Abandonment has been sent by U.S. Mail or the Court's CM/ECF system to **Asst. U.S. Trustee**, 501 E. Polk St., #1200, Tampa, FL 33602; **Jodi Leslie Hargrove,** 1505 LAKEWOOD RD, LAKELAND, FL 33805, **THOMAS D. PULLIAM, Esq.,** THOMAS D. PULLIAM ATTORNEY AT LAWP O BOX 2185, LAKELAND, FL 33806-218  and all creditors on the attached certificate of service on January 25, 2016.

/s/ Nicole M. Cameron
NICOLE M. CAMERON, TRUSTEE
235 Apollo Beach Blvd., #231
Apollo Beach, FL 33572
Phone: (813) 645-8787
Fax: (866) 674-0164