Nicole M Cameron PA
Nicole M Cameron
235 Apollo Beach Blvd. #23`
Apollo Beach, FL  33572

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE:  Jodi Hargrove | CASE NO: 8:15-bk-11388 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 1/25/2016, I did cause a copy of the following documents, described below,

NOIS & Not Abandon,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 1/25/2016

/s/ Nicole M Cameron
Nicole M Cameron
Nicole M Cameron PA
235 Apollo Beach Blvd. #23`
Apollo Beach, FL  33572
813 645 8787
trustee@tampabay.rr.com

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: Jodi Hargrove | CASE NO: 8:15-bk-11388 |
| | **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** |
| | Chapter: 7 <br> ECF Docket Reference No. <br> Judge: <br> Hearing Location: <br> Hearing Date: <br> Hearing Time: <br> Response Date: |

On 1/25/2016, a copy of the following documents, described below,

NOIS & Not Abandon,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/25/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nicole M Cameron PA
Nicole M Cameron
235 Apollo Beach Blvd. #23`
Apollo Beach, FL  33572

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
113A-8
CASE 8-15-BK-11388-MGW
MIDDLE DISTRICT OF FLORIDA
TAMPA
MON JAN 25 12-02-58 EST 2016

ALLY FINANCIAL
P.O. BOX 130424
ROSEVILLE MN 55113-0004

*DEBTOR*

JODI LESLIE HARGROVE
680 OLD POLK CITY RD.
LAKELAND FL 33809-2340

REGIONS MORTGAGE
7130 GOODLETT FARMS PKWY
A4W
CORDOVA TN 38016-4991

*EXCLUDE*

~~MICHAEL G. WILLIAMSON~~
~~TAMPA~~

AMCA
2269 S SAW MILL RD
ELMSFORD NY 10523-3832

ALLY FINANCIAL
200 RENAISSANCE CTR
DETROIT MI 48243-1300

AMCOL
111 LANCEWOOD RD
COLUMBIA SC 29210-7523

CHASE CARD
P O BOX 15298
WILMINGTON DE 19850-5298

CITIBANKFORD
50 NORTHWEST POINT RD
ELK GROVE VILLAGE IL 60007-1032

CITIBANKTHE HOME DEPOT
P O BOX 6497
SIOUX FALLS SD 57117-6497

COMENITY BANKJ CREW
P O BOX 182789
COLUMBUS OH 43218-2789

DEPT OF EDUCATIONNAVIENT
P O BOX 9635
WILKES BARRE PA 18773-9635

DUSTIN HARGROVE
3729 N HILEMAN DR
LAKELAND FL 33810-2690

FARMERS FINANCIAL
CO WELTMAN WEINBERG & REIS
6750 N ANDREWS AVE STE 200
FT LAUDERDALE FL 33309-2180

GARY & VICKY PTACEK
600 OLD POLK CITY RD
LAKELAND FL 33809

MIDFLORIDA CU
P O BOX 8008
LAKELAND FL 33802-8008

NAVIENT SOLUTIONS INC. ON BEHALF OF
DEPARTMENT OF EDUCATION SERVICES
P.O. BOX 9635
WILKES-BARRE PA 18773-9635

NORDSTROM FSB
P O BOX 6555
ENGLEWOOD CO 80155-6555

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

REGIONS MORTGAGE
P O BOX 110
HATTIESBURG MS 39403-0110

SYNCHRONY BANKCARE CREDIT
P O BOX 965036
ORLANDO FL 32896-5036

SYNCHRONY BANKGAP
P O BOX 965005
ORLANDO FL 32896-5005

SYNCHRONY BANKROOMS TO GO
P O BOX 965036
ORLANDO FL 32896-5036

THOMAS JONES
CO CHARLES JONES
18012 O□HARA DR
PORT CHARLOTTE FL 33948-9568

VICKY PTACEK
600 OLD POLK CITY RD
LAKELAND FL 33809

WELLS FARGO DEALER SERVICES
P O BOX 1697
WINTERVILLE NC 28590-1697

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CM/ECF E-SERVICE*

UNITED STATES TRUSTEE - TPA713 +
TIMBERLAKE ANNEX SUITE 1200
501 E POLK STREET
TAMPA FL 33602-3949

*CM/ECF E-SERVICE*

THOMAS D. PULLIAM +
THOMAS D. PULLIAM ATTORNEY AT LAW
P O BOX 2185
LAKELAND FL 33806-2185

*CM/ECF E-SERVICE*

J STEVEN WILKES +
OFFICE OF UNITED STATES TRUSTEE
501 EAST POLK STREET
TAMPA FL 33602-3949

*EXCLUDE*

~~NICOLE M CAMERON +~~
~~NICOLE M. CAMERON P.A.~~
~~235 APOLLO BEACH BOULEVARD #231~~
~~APOLLO BEACH FL 33572-2251~~

*CM/ECF E-SERVICE*

 NOTE- ENTRIES WITH A ☐+☐ AT THE END OF THE
 NAME HAVE AN EMAIL ADDRESS ON FILE IN CMECF