UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: §
§
Jodi Leslie Hargrove § Case No. 8:15-bk-11388-MGW
§
Debtor §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/11/2015 . The undersigned trustee was appointed on 11/12/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $     5,300.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 15.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 592.38 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]       $     4,692.62

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 03/17/2016 and the deadline for filing governmental claims was 05/09/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,176.91 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,176.91 , for a total compensation of $ 1,176.91 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 49.32 , for total expenses of $ 49.32 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/12/2016                By:/s/Nicole M. Cameron
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-11388 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Jodi Leslie Hargrove | | | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 04/12/2016 | | | | Claims Bar Date: | 03/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - Single Family Home | 115,000.00 | 50,547.90 | OA | 0.00 | FA |
| 2. Checking Acct # 5624, Regions Bank | 70.00 | 70.00 | | 0.00 | FA |
| 3. Savings Acct # 3275, Regions Bank | 50.00 | 50.00 | | 0.00 | FA |
| 4. checking and savings Acct # 9178, Midflorida CU | 25.00 | 25.00 | | 25.00 | FA |
| 5. full size trundle bed, dresser and mirror, night stand | 65.00 | 65.00 | | 65.00 | FA |
| 6. Household Goods | 1,468.00 | 1,468.00 | | 306.13 | FA |
| 7. misc hard back books, misc paper back books, misc pictures | 55.00 | 55.00 | | 55.00 | FA |
| 8. misc clothing and accessories | 178.00 | 178.00 | | 178.00 | FA |
| 9. misc bracelets, misc costume jewelry, misc necklaces, misc r | 173.00 | 173.00 | | 173.00 | FA |
| 10. 3 fishinbg poles, misc games, misc sports equipment | 46.00 | 46.00 | | 46.00 | FA |
| 11. Harrels 401K And Profit Sharing Plan ID # 5265, American Fun | 19,446.23 | 19,446.23 | | 0.00 | FA |
| 12. 2007 Ford Edge engine problems (149,000 miles) | 3,800.00 | 3,800.00 | | 1,651.87 | FA |
| 13. 1/2 share, 2004 Toyota Tacoma, Joint with Dustin Hargrove, e | 8,911.00 | 8,911.00 | OA | 0.00 | FA |
| 14. 2015 tax refund (u) | 0.00 | 2,236.00 | | 2,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $149,287.23 | $87,071.13 | | $5,300.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/21/15 - case selected for audit by UST office - NMC

1/6/16 - emailed DA reminder non-exempt payment due of $2500 by 1/15/16 & need 2015 tax return - NMC

2/9/16 - emailed Da to get copy of 2015 tax return - NMC

3/8/16 - QR emailed Da to get copy of 2015 tax return - NMC

3/10/16 - RR 2015 tax return; emailed DA balance owed - NMC

3/22/16 - reviewed POC - OK - NMC

4/5/16 - Rcvd 2015 tax refund from IRS; mailed Debtor her exempt portion - NMC

Exhibit A

| RE PROP # | 1 | -- | Single family home at 1505 Lakewood Rd., Lakeland, FL 33805, further described as per attached deed. |
| RE PROP # | 14 | -- | 2015 tax return - $2,800-$233(EIC)=$2,567-$359.38 pro-rated=$2207.62 |

Initial Projected Date of Final Report (TFR): 12/31/2016     Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 15-11388 | Trustee Name: Nicole M. Cameron |
| Case Name: Jodi Leslie Hargrove | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6908 |
| | Checking |
| Taxpayer ID No: XX-XXX2113 | Blanket Bond (per case limit): $40,144,000.00 |
| For Period Ending: 04/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | | Vicki L. Ptacek<br>680 Old Polk City Road<br>Lakeland, FL 33809 | Payment of non-exempt PP<br>Payment of non-exempt PP - rcvd from Vicki L. Ptacek - Ck #5103 - per NOIS Doc #13 | | $2,500.00 | | $2,500.00 |
| | | | Gross Receipts $2,500.00 | | | | |
| | 4 | | checking and savings Acct # 9178, Midflorida CU  $25.00 | 1129-000 | | | |
| | 5 | | full size trundle bed, dresser and mirror, night stand  $65.00 | 1129-000 | | | |
| | 6 | | Household Goods  $306.13 | 1129-000 | | | |
| | 7 | | misc hard back books, misc paper back books, misc pictures  $55.00 | 1129-000 | | | |
| | 8 | | misc clothing and accessories  $178.00 | 1129-000 | | | |
| | 9 | | misc bracelets, misc costume jewelry, misc necklaces, misc r  $173.00 | 1129-000 | | | |
| | 10 | | 3 fishinbg poles, misc games, misc sports equipment  $46.00 | 1129-000 | | | |
| | 12 | | 2007 Ford Edge engine problems (149,000 miles)  $1,651.87 | 1129-000 | | | |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,485.00 |
| 04/01/16 | 14 | Irs - Insolvency Cio<br>Po Box 21126<br>Philadelphia, Pa 19114 | Payment of tax refund<br>Payment of 2015 tax refund - rcvd from IRS - ck #56045378 | 1224-000 | $2,800.00 | | $5,285.00 |
| 04/05/16 | 1001 | Jodi Leslie Hargrove<br>1505 LAKEWOOD RD<br>LAKELAND, FL 33805 | Payment of tax refund<br>Payment of exempt portion of 2015 tax refund | 8100-002 | | $592.38 | $4,692.62 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,300.00 | $607.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,300.00 | $607.38 |
| Page Subtotals: | $5,300.00 | $607.38 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $592.38 |
| Net | $5,300.00 | $15.00 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6908 - Checking | $5,300.00 | $15.00 | $4,692.62 |
|  | $5,300.00 | $15.00 | $4,692.62 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,300.00 |
| Total Gross Receipts: | $5,300.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-bk-11388-MGW  
Debtor Name: Jodi Leslie Hargrove  
Claims Bar Date: 3/17/2016  

Date: April 12, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Nicole M. Cameron<br>235 Apollo Beach Blvd., #231<br>Apollo Beach, FL  33572 | Administrative | | $0.00 | $1,176.91 | $1,176.91 |
| 100 2200 | Nicole M. Cameron<br>235 Apollo Beach Blvd., #231<br>Apollo Beach, FL  33572 | Administrative | | $0.00 | $49.32 | $49.32 |
| 1 300 7100 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | 3/22/16 - reviewed - OK - NMC | $1,533.44 | $1,667.57 | $1,667.57 |
| 2 300 7100 | Navient Solutions Inc. On Behalf Of<br>Department Of Education Services<br>P.O. Box 9635<br>Wilkes-Barre Pa. 18773-9635 | Unsecured | 3/22/16 - reviewed - OK - NMC | $9,730.00 | $9,721.19 | $9,721.19 |
| 3 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | 3/22/16 - reviewed - OK - NMC | $1,110.33 | $1,137.33 | $1,137.33 |
| 4 300 7100 | Nordstrom Fsb<br>C O Jefferson Capital Systems Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Unsecured | 3/22/16 - reviewed - OK - NMC | $4,692.00 | $4,749.65 | $4,749.65 |
| 5 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | 3/22/16 - reviewed - OK - NMC | $200.85 | $179.96 | $179.96 |
| 6 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | 3/22/16 - reviewed - OK - NMC | $3,207.94 | $3,293.29 | $3,293.29 |
| 7 300 7100 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | 3/22/16 - reviewed - OK - NMC | $551.00 | $551.48 | $551.48 |
| | Case Totals | | | $21,025.56 | $22,526.70 | $22,526.70 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1    Printed: April 12, 2016

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:15-bk-11388-MGW                                                                                              Date: April 12, 2016
Debtor Name: Jodi Leslie Hargrove
Claims Bar Date: 3/17/2016

Page 2                                                           Printed: April 12, 2016

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:15-bk-11388-MGW
Case Name: Jodi Leslie Hargrove
Trustee Name: Nicole M. Cameron

Balance on hand $ 4,692.62

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Nicole M. Cameron | $ 1,176.91 | $ 0.00 | $ 1,176.91 |
| Trustee Expenses: Nicole M. Cameron | $ 49.32 | $ 0.00 | $ 49.32 |

Total to be paid for chapter 7 administrative expenses $ 1,226.23
Remaining Balance $ 3,466.39

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,300.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group Llc As Agent For | $ 1,667.57 | $ 0.00 | $ 271.38 |
| 2 | Navient Solutions Inc. On Behalf Of | $ 9,721.19 | $ 0.00 | $ 1,582.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 1,137.33 | $ 0.00 | $ 185.09 |
| 4 | Nordstrom Fsb | $ 4,749.65 | $ 0.00 | $ 772.95 |
| 5 | Portfolio Recovery Associates, Llc | $ 179.96 | $ 0.00 | $ 29.29 |
| 6 | Portfolio Recovery Associates, Llc | $ 3,293.29 | $ 0.00 | $ 535.94 |
| 7 | Portfolio Recovery Associates, Llc | $ 551.48 | $ 0.00 | $ 89.74 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,466.39 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE