# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

In re: §
　　　　　　　　　　　　　　　　§
Jodi Leslie Hargrove　　　　　§　　Case No. 8:15-bk-11388-MGW
　　　　　　　　　　　　　　　　§
　　　　　Debtor　　　　　　　　§

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　Nicole M. Cameron, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 63,099.66　　　　　　　　Assets Exempt: 82,849.95
*(Without deducting any secured claims)*

Total Distributions to Claimants:  3,466.39　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　　Without Payment:   194,601.52

Total Expenses of Administration:  1,241.23

---

　　3) Total gross receipts of $ 5,300.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 592.38  (see **Exhibit 2**), yielded net receipts of $ 4,707.62  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 85,725.81 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,241.23 | 1,241.23 | 1,241.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 112,067.19 | 21,300.47 | 21,300.47 | 3,466.39 |
| **TOTAL DISBURSEMENTS** | $ 197,793.00 | $ 22,541.70 | $ 22,541.70 | $ 4,707.62 |

4) This case was originally filed under chapter 7 on 11/11/2015 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/11/2016                By:/s/Nicole M. Cameron
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Ford Edge engine problems (149,000 miles) | 1129-000 | 1,651.87 |
| 3 fishinbg poles, misc games, misc sports equipment | 1129-000 | 46.00 |
| checking and savings Acct # 9178, Midflorida CU | 1129-000 | 25.00 |
| full size trundle bed, dresser and mirror, night stand | 1129-000 | 65.00 |
| Household Goods | 1129-000 | 306.13 |
| misc bracelets, misc costume jewelry, misc necklaces, misc r | 1129-000 | 173.00 |
| misc clothing and accessories | 1129-000 | 178.00 |
| misc hard back books, misc paper back books, misc pictures | 1129-000 | 55.00 |
| 2015 tax refund | 1224-000 | 2,800.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,300.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jodi Leslie Hargrove | Exemptions | 8100-002 | 592.38 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 592.38 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial 200 Renaissance Ctr Detroit, MI 48243 | | 1,148.13 | NA | NA | 0.00 |
| | Midflorida CU P O Box 8008 Lakeland, FL 33802-8008 | | 9,763.14 | NA | NA | 0.00 |
| | Regions Mortgage P O Box 110 Hattiesburg, MS 39403 | | 64,452.10 | NA | NA | 0.00 |
| | Wells Fargo Dealer Services P O Box 1697 Winterville, NC 28590 | | 10,362.44 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 85,725.81 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Nicole M. Cameron | 2100-000 | NA | 1,176.91 | 1,176.91 | 1,176.91 |
| Nicole M. Cameron | 2200-000 | NA | 49.32 | 49.32 | 49.32 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Union Bank | 2600-000 | NA | 15.00 | 15.00 | 15.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,241.23 | $ 1,241.23 | $ 1,241.23 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMCA 2269 S Saw Mill Rd Elmsford, NY 10523 | | 185.00 | NA | NA | 0.00 |
| | Amcol 111 Lancewood Rd Columbia, SC 29210 | | 40.00 | NA | NA | 0.00 |
| | Chase Card P O Box 15298 Wilmington, DE 19850 | | 16,127.00 | NA | NA | 0.00 |
| | Citibank/Ford 50 Northwest Point Rd Elk Grove Village, IL 60007 | | 917.63 | NA | NA | 0.00 |
| | Farmers Financial c/o Weltman, Weinberg & Reis 6750 N Andrews Ave Ste 200 Ft Lauderdale, FL 33309 | | 4,949.00 | NA | NA | 0.00 |
| | Gary & Vicky Ptacek 600 Old Polk City Rd Lakeland, FL 33809 | | 68,000.00 | NA | NA | 0.00 |
| | Midflorida CU P O Box 8008 lakeland, FL 33802-8008 | | 823.00 | NA | NA | 0.00 |
| 2 | Navient Solutions Inc. On Behalf Of | 7100-000 | 9,730.00 | 9,721.19 | 9,721.19 | 1,582.00 |
| 4 | Nordstrom Fsb | 7100-000 | 4,692.00 | 4,749.65 | 4,749.65 | 772.95 |
| 5 | Portfolio Recovery Associates, Llc | 7100-000 | 200.85 | 179.96 | 179.96 | 29.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Portfolio Recovery Associates, Llc | 7100-000 | 3,207.94 | 3,293.29 | 3,293.29 | 535.94 |
| 7 | Portfolio Recovery Associates, Llc | 7100-000 | 551.00 | 551.48 | 551.48 | 89.74 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,110.33 | 1,137.33 | 1,137.33 | 185.09 |
| 1 | Quantum3 Group Llc As Agent For | 7100-000 | 1,533.44 | 1,667.57 | 1,667.57 | 271.38 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 112,067.19 | $ 21,300.47 | $ 21,300.47 | $ 3,466.39 |

Case 8:15-bk-11388-MGW    Doc 24    Filed 09/12/16    Page 8 of 12

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-11388 | MGW | Judge: | Michael G. Williamson | Trustee Name: | Nicole M. Cameron |
|---|---|---|---|---|---|---|
| Case Name: | Jodi Leslie Hargrove | | | | Date Filed (f) or Converted (c): | 11/11/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/11/2015 |
| For Period Ending: | 08/11/2016 | | | | Claims Bar Date: | 03/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Primary Residence - Single Family Home | 115,000.00 | 50,547.90 | OA | 0.00 | FA |
| 2. Checking Acct # 5624, Regions Bank | 70.00 | 70.00 | | 0.00 | FA |
| 3. Savings Acct # 3275, Regions Bank | 50.00 | 50.00 | | 0.00 | FA |
| 4. checking and savings Acct # 9178, Midflorida CU | 25.00 | 25.00 | | 25.00 | FA |
| 5. full size trundle bed, dresser and mirror, night stand | 65.00 | 65.00 | | 65.00 | FA |
| 6. Household Goods | 1,468.00 | 1,468.00 | | 306.13 | FA |
| 7. misc hard back books, misc paper back books, misc pictures | 55.00 | 55.00 | | 55.00 | FA |
| 8. misc clothing and accessories | 178.00 | 178.00 | | 178.00 | FA |
| 9. misc bracelets, misc costume jewelry, misc necklaces, misc r | 173.00 | 173.00 | | 173.00 | FA |
| 10. 3 fishinbg poles, misc games, misc sports equipment | 46.00 | 46.00 | | 46.00 | FA |
| 11. Harrels 401K And Profit Sharing Plan ID # 5265, American Fun | 19,446.23 | 19,446.23 | | 0.00 | FA |
| 12. 2007 Ford Edge engine problems (149,000 miles) | 3,800.00 | 3,800.00 | | 1,651.87 | FA |
| 13. 1/2 share, 2004 Toyota Tacoma, Joint with Dustin Hargrove, e | 8,911.00 | 8,911.00 | OA | 0.00 | FA |
| 14. 2015 tax refund (u) | 0.00 | 2,236.00 | | 2,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | | $149,287.23 | $87,071.13 | | $5,300.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

11/21/15 - case selected for audit by UST office - NMC

1/6/16 - emailed DA reminder non-exempt payment due of $2500 by 1/15/16 & need 2015 tax return - NMC

2/9/16 - emailed Da to get copy of 2015 tax return - NMC

3/8/16 - QR emailed Da to get copy of 2015 tax return - NMC

3/10/16 - RR 2015 tax return; emailed DA balance owed - NMC

3/22/16 - reviewed POC - OK - NMC

4/5/16 - Rcvd 2015 tax refund from IRS; mailed Debtor her exempt portion - NMC

4/12/16 - submitted TFR - NMC

4/26/16 - filed NFR - NMC

6/1/16 - QR - submitted ECOD - NMC


RE PROP #     1    --    Single family home at 1505 Lakewood Rd., Lakeland, FL
                          33805, further described as per attached deed.

RE PROP #    14    --    2015 tax return - $2,800-$233(EIC)=$2,567-$359.38 pro-rated=$2207.62

Initial Projected Date of Final Report (TFR): 12/31/2016          Current Projected Date of Final Report (TFR): 12/31/2016

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-11388 | Trustee Name: Nicole M. Cameron |
| Case Name: Jodi Leslie Hargrove | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX6908 |
| | Checking |
| Taxpayer ID No: XX-XXX2113 | Blanket Bond (per case limit): $40,144,000.00 |
| For Period Ending: 08/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/22/16 | | Vicki L. Ptacek<br>680 Old Polk City Road<br>Lakeland, FL 33809 | Payment of non-exempt PP<br>Payment of non-exempt PP - rcvd from Vicki L. Ptacek - Ck #5103 - per NOIS Doc #13 | | $2,500.00 | | $2,500.00 |
| | | | Gross Receipts $2,500.00 | | | | |
| | 4 | | checking and savings Acct # 9178, Midflorida CU $25.00 | 1129-000 | | | |
| | 5 | | full size trundle bed, dresser and mirror, night stand $65.00 | 1129-000 | | | |
| | 6 | | Household Goods $306.13 | 1129-000 | | | |
| | 7 | | misc hard back books, misc paper back books, misc pictures $55.00 | 1129-000 | | | |
| | 8 | | misc clothing and accessories $178.00 | 1129-000 | | | |
| | 9 | | misc bracelets, misc costume jewelry, misc necklaces, misc r $173.00 | 1129-000 | | | |
| | 10 | | 3 fishinbg poles, misc games, misc sports equipment $46.00 | 1129-000 | | | |
| | 12 | | 2007 Ford Edge engine problems (149,000 miles) $1,651.87 | 1129-000 | | | |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,485.00 |
| 04/01/16 | 14 | Irs - Insolvency Cio<br>Po Box 21126<br>Philadelphia, Pa 19114 | Payment of tax refund<br>Payment of 2015 tax refund - rcvd from IRS - ck #56045378 | 1224-000 | $2,800.00 | | $5,285.00 |
| 04/05/16 | 1001 | Jodi Leslie Hargrove<br>1505 LAKEWOOD RD<br>LAKELAND, FL 33805 | Payment of tax refund<br>Payment of exempt portion of 2015 tax refund | 8100-002 | | $592.38 | $4,692.62 |
| 06/27/16 | 1002 | Nicole M. Cameron<br>235 Apollo Beach Blvd., #231<br>Apollo Beach, FL 33572 | Distribution | | | $1,226.23 | $3,466.39 |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. ($1,176.91) | 2100-000 | | | |

Page Subtotals:   $5,300.00   $1,833.61

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-11388 | Trustee Name: | Nicole M. Cameron |
| --- | --- | --- | --- |
| Case Name: | Jodi Leslie Hargrove | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX6908 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX2113 | Blanket Bond (per case limit): | $40,144,000.00 |
| For Period Ending: | 08/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Nicole M. Cameron | Final distribution representing a payment of 100.00 % per court order. | ($49.32) | 2200-000 | | | |
| 06/27/16 | 1003 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 1 representing a payment of 16.27 % per court order. | | 7100-000 | | $271.38 | $3,195.01 |
| 06/27/16 | 1004 | Navient Solutions Inc. On Behalf Of Department Of Education Services<br>P.O. Box 9635<br>Wilkes-Barre Pa. 18773-9635 | Final distribution to claim 2 representing a payment of 16.27 % per court order. | | 7100-000 | | $1,582.00 | $1,613.01 |
| 06/27/16 | 1005 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 16.27 % per court order. | | 7100-000 | | $185.09 | $1,427.92 |
| 06/27/16 | 1006 | Nordstrom Fsb<br>C O Jefferson Capital Systems Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 4 representing a payment of 16.27 % per court order. | | 7100-000 | | $772.95 | $654.97 |
| 06/27/16 | 1007 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 5 representing a payment of 16.27 % per court order. | | 7100-000 | | $29.29 | $625.68 |
| 06/27/16 | 1008 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 6 representing a payment of 16.27 % per court order. | | 7100-000 | | $535.94 | $89.74 |
| 06/27/16 | 1009 | Portfolio Recovery Associates, Llc<br>Pob 41067<br>Norfolk Va 23541 | Final distribution to claim 7 representing a payment of 16.27 % per court order. | | 7100-000 | | $89.74 | $0.00 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $5,300.00 | $5,300.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,300.00 | $5,300.00 |
| Less: Payments to Debtors | $0.00 | $592.38 |
| Net | $5,300.00 | $4,707.62 |
| Page Subtotals: | $0.00 | $3,466.39 |

UST Form 101-7-TDR (10/1/2010) (Page: 11)

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6908 - Checking | $5,300.00 | $4,707.62 | $0.00 |
| | $5,300.00 | $4,707.62 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| **Total Net Deposits:** | **$5,300.00** |
| **Total Gross Receipts:** | **$5,300.00** |

Page Subtotals:                              $0.00             $0.00